UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATA TREASURY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2-05CV-291 |
| WELLS FARGO & COMPANY, WELLS FARGO BANK, NATIONAL ASSOCIATION, | § § § § | |
| Defendants. | § § | |

## ORDER

Pending before this Court is the Motion to Stay of Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. The Court, having considered the arguments of counsel, finds the motion to be well taken and grants the motion as follows:

IT IS HEREBY ORDERED that (1) the Court's January 3, 2006 Docket Control Order is vacated; (2) this case is administratively closed until further order of the Court; and (3) the parties will appear before the Court on August ___, 2006, to apprise the Court of the status of the reexamination proceeding with respect to U.S. Patent Numbers 5,910,988 and 6,032,137 before the United States Patent & Trademark Office.

Signed this ____ day of _____, 2006.

_____
United States District Judge