IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., <br> Plaintiff, <br><br> v. <br><br> WELLS FARGO & CO., et al. <br> Defendants. | § § § § § § § § | 2:05-CV-291-DF |
| DATATREASURY CORP., <br> Plaintiff, <br><br> v. <br><br> WACHOVIA CORPORATION, et al. <br> Defendants. | § § § § § § § § | 2:05-CV-293-DF |

**O R D E R**

Before the Court are the defendants' motions to stay in each action. Civil Action No. 2:05-CV-291, Dkt. No. 29; Civil Action No. 2:05-CV-293, Dkt. No. 33. Also before the Court are Plaintiff's motions to consolidate each action with Civil Action No. 2:06-CV-72. Civil Action No. 2:05-CV-291, Dkt. No. 44; Civil Action No. 2:05-CV-293, Dkt. No. 51.

The Court hereby **SETS** these motions for hearing on **January 10,** ~~2006~~ 2007 at 10:00 A.M. in **TEXARKANA**. Each side shall have a total of 30 minutes for argument.

**SIGNED this 5th day of December, 2006.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE