# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORP., <br> Plaintiff, <br><br> v. <br><br> WELLS FARGO & CO., et al. <br> Defendants. | § § § § § § § § | 2:05-CV-291-DF |
| DATATREASURY CORP., <br> Plaintiff, <br><br> v. <br><br> WACHOVIA CORPORATION, et al. <br> Defendants. | § § § § § § § § | 2:05-CV-293-DF |

### **O R D E R**

The Court's Order of December 5, 2006 (Dkt. No. 80) included the following: "The Court hereby SETS these motions for hearing on January 10, 2006 at 10:00 A.M. in TEXARKANA." This language incorrectly referred to the year "2006."

The Court hereby **AMENDS** its prior Order to strike "2006" and replaced it with "2007" to reflect the correct hearing date.

**SIGNED** this 8th day of December, 2006.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE